1 

 Americans for Prosperity, a Colorado nonprofit corporation, Petitioner v. State of Colorado; Jared Polis, in his official capacity as the Governor of the State of Colorado; Colorado Department of Revenue; Robert Jaros, in his official capacity as the Controller for the State of Colorado; Community Access Enterprise; Clean Fleet Enterprise; Clean Transit Enterprise; Nonattainment Area Air Pollution Mitigation Enterprise; and Statewide Bridge and Tunnel Enterprise. Respondents 
No. 25SC352
Supreme Court of Colorado, En Banc
September 29, 2025
 Court of Appeals Case No. 24CA1066 
 
 Petition for Writ of Certiorari DENIED.